RECEIVED
APR - 5 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NELSON CHAMBERS<br>LA. DOC #594546<br>VS. | CIVIL ACTION NO. 6:15-cv-2322<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN BURL CAIN | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's *habeas corpus* complaint filed pursuant to 28 U.S.C. §2254 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ___5___ day of ___April___, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE